KAMAL KHARRAT
870 Babbs Creek Drive
Gilroy, California 95020

*In pro se*

FILED

2007 NOV -8 P 4: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid
$1
99

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## San Jose Division

KAMAL KHARRAT,

    Plaintiff,

-versus-

PETER D. KEISLER, Acting Attorney
Attorney General, MICHAEL CHERTOFF,
Secretary, Department of Homeland
Security, EMILIO T. GONZALEZ,
Director, United States Citizenship and
Immigration Services, DAVID STILL,
Director, San Francisco Field Office,
United States Citizenship and Immigration
Services,

    Defendants.

CASE No. C07 05694   HRL

**COMPLAINT FOR ADJUDICATION OF NATURALIZATION PETITION**

Plaintiff, Kamal Kharrat ("Kharrat"), complains and alleges as follows:

1. Kharrat is, and at all times herein relevant was, an individual residing in the County of Santa Clara, State of California.

2. Defendant Peter D. Keisler is the Acting Attorney General of the United States.

**COMPLAINT FOR ADJUDICATION OF NATURALIZATION PETITION**

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security.

4. Defendant Emilio T. Gonzalez is the Director of United States Citizenship and Immigration Services ("USCIS").

5. Defendant David Still is the Director of the USCIS' San Francisco Field Office.

## JURISDICTION

6. This Court has jurisdiction pursuant to 8 USC §1447. *See* Hovsepian v. United States, 359 F.3d 1144 (9th Cir. 2004).

## VENUE

7. Venue is proper in this Court pursuant to 8 USC §1447.

## ALLEGATIONS

8. Kharrat is the applicant in the naturalization proceeding bearing his name and alien number A47-157-233.

9. Kharrat filed his petition for naturalization on December 9, 2004.

10. Kharrat's petition was assigned the number WSC*001243400.

11. On May 24, 2005, the (then) Immigration & Naturalization Service ("INS") conducted the preliminary examination of Kharrat in connection with his naturalization petition.

12. From that date to present, some 28 months have passed without the INS or any successor agency making a decision under 8 USC §1446 on the petition.

13. Despite repeated requests by Kharrat, neither the INS nor its successor have taken any further action on the petition.

///

COMPLAINT FOR ADJUDICATION OF NATURALIZATION PETITION

-2-

14. This action is based upon the records on file in the above-referenced naturalization proceeding.

**WHEREFORE**, Kharrat prays as follows:

1. An adjudication of Kharrat's naturalization petition in court and by the Court;

2. For reasonable attorneys' fees; and,

3. For costs of suit incurred.

DATED: October 31, 2007                KAMAL KHARRAT

By /s/ K. [signature]
    *In pro se*

---

COMPLAINT FOR ADJUDICATION OF NATURALIZATION PETITION

-3-