ORIGINAL

KAMAL KHARRAT
870 Babbs Creek Drive
Gilroy, California 95020

FILED

*In pro se*

2007 NOV -8 P 4: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

KAMAL KHARRAT,

        Plaintiff,

-*versus*-

PETER D. KEISLER, *etc., et al.*,

        Defendants.

Case No. C07 05694 HRL

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

Plaintiff, Kamal Kharrat ("Kharrat"), certifies that no party to this action has a direct, pecuniary interest in the outcome of this case.

DATED: October 31, 2007

KAMAL KHARRAT

K. Url

*In pro se*

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**