1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-7169

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KAMAL KHARRAT,                           )
                                         )
           Plaintiff,                    )   No. C 07-5694 HRL
                                         )
      v.                                 )
                                         )   **ANSWER**
MICHAEL B. MUKASEY, Attorney General;    )
MICHAEL CHERTOFF, Secretary, Department  )
of Homeland Security; EMILIO T. GONZALEZ,)
Director, United States Citizenship and  )
Immigration Services; ROSEMARY L.        )
MELVILLE,* Director, San Francisco Field )
Office, United States                    )
Citizenship and Immigration Services,    )
                                         )
           Defendants.                   )
                                         )

    Defendants hereby submit their answer to Plaintiff's Complaint for Adjudication of Naturalization Petition.

    1. Defendants lack sufficient information to admit or deny the allegations in Paragraph One, and on that basis, deny them.

    2. Defendants deny the allegations in Paragraph Two.

    3. Defendants admit the allegations in Paragraph Three.

∗Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General, and Rosemary L. Melville is substituted for her predecessor, David Still, as the Director of the San Francisco Field Office..

ANSWER
C 07-5694 HRL                                1

4. Defendants admit the allegations in Paragraph Four.

5. Defendants deny the allegations in Paragraph Five.

## JURISDICTION

6. Paragraph Six consists of Plaintiff's allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

## VENUE

7. Paragraph Eight consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

## ALLEGATIONS

8. Defendants admit the allegations in Paragraph Eight.

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

11. With regard to Paragraph Eleven, Defendants admit that Plaintiff was interviewed on May 24, 2005. Defendants deny Plaintiff's characterization of the interview as an examination.

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Paragraph Fourteen consists of Plaintiff's characterizations of law to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in Paragraph Six.

The remaining paragraphs consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## AFFIRMATIVE AND/OR OTHER DEFENSES

All allegations not here before specifically admitted, denied, or modified, are hereby denied. For further and separate answer, Defendants allege as follows:

## FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: February 1, 2008                    Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                                   /s/
                                           MELANIE PROCTOR
                                           Assistant United States Attorney
                                           Attorneys for Defendants