| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6730 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KAMAL KHARRAT, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 07-5694 HRL |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' REQUEST TO BE** |
| MICHAEL B. MUKASEY, Attorney General; | ) | **EXEMPT FROM THE FORMAL ADR** |
| MICHAEL CHERTOFF, Secretary, Department | ) | **PROCESS; PROPOSED ORDER** |
| of Homeland Security; EMILIO T. GONZALEZ, | ) | |
| Director, United States Citizenship and | ) | |
| Immigration Services; ROSEMARY L. | ) | |
| MELVILLE,* Director, San Francisco Field | ) | |
| Office, United States | ) | |
| Citizenship and Immigration Services, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants' counsel certifies that she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, Defendants believe that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court adjudicate the application for

---

∗Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General, and Rosemary L. Melville is substituted for her predecessor, David Still, as the Director of the San Francisco Field Office..

ADR CERTIFICATION
C 07-5694 HRL                                       1

naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), Defendants request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Defendants' counsel has attempted to contact Plaintiff regarding this matter, but has not had a response.

Dated: February 5, 2008                              Respectfully submitted,

                                                     JOSEPH P. RUSSONIELLO
                                                     United States Attorney

                                                     _____/s/_____
                                                     MELANIE L. PROCTOR
                                                     Assistant U.S. Attorney
                                                     Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Date:                                                _____
                                                     HOWARD R. LLOYD
                                                     United States Magistrate Judge