1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-7169

7 |
Attorneys for Defendants
8 |
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KAMAL KHARRAT, | ) No. C 07-5694 HRL |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| MICHAEL B. MUKASEY, Attorney General; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; ROSEMARY L. MELVILLE,* Director, San Francisco Field Office, United States Citizenship and Immigration Services, | ) CONSENT TO MAGISTRATE ) JURISDICTION |
| Defendants. | ) |

///

///

///

///

///

///

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General, and Rosemary L. Melville is substituted for her predecessor, David Still, as the Director of the San Francisco Field Office..

CONSENT
C 07-5694 HRL                    1

1   In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants
2   hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further
3   proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
4   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 11, 2008               Respectfully submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney


                                               /s/
                                       MELANIE PROCTOR
                                       Assistant United States Attorney
                                       Attorneys for Defendants

CONSENT
C 07-5694 HRL                          2