# CERTIFICATE OF SERVICE

**Kamal Kharrat v. Peter D. Keisler; et al.**
**C 07-5694 HRL**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

**CONSENT TO MAGISTRATE JUDGE JURISDICTION**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___ **FACSIMILE (FAX)**  Telephone No.: _____  I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___ **FEDERAL EXPRESS**

___ **CERTIFIED MAIL**

___ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

**Kamal Kharrat, Pro Se**
**870 Babbs Creek Drive**
**Gilroy, CA 95020**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 11, 2008 at San Francisco, California.

                   /s/
                   CAROL E WEXELBAUM
                   Legal Assistant