1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971          *ORDER E-FILED 2/15/2008*
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                              UNITED STATES DISTRICT COURT
9
                            NORTHERN DISTRICT OF CALIFORNIA
10
                                     SAN JOSE DIVISION
11
   KAMAL KHARRAT,                        )
12                                       )
                  Plaintiff,             )  No. C 07-5694 HRL
13                                       )
           v.                            )
14                                       )  **DEFENDANTS' REQUEST TO BE
   MICHAEL B. MUKASEY, Attorney General; )  EXEMPT FROM THE FORMAL ADR
15 MICHAEL CHERTOFF, Secretary, Department)  PROCESS; PROPOSED ORDER**
   of Homeland Security; EMILIO T. GONZALEZ,)
16 Director, United States Citizenship and )
   Immigration Services; ROSEMARY L.      )
17 MELVILLE,* Director, San Francisco Field)
   Office, United States                  )
18 Citizenship and Immigration Services,   )
                                          )
19                Defendants.             )
                                          )
20

21     Defendants' counsel certifies that she has read either the handbook entitled "Dispute Resolution

22 Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet

23 site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the

24 court and private entities, and considered whether this case might benefit from any of them.

25     Here, Defendants believe that referral to a formal ADR process will not be beneficial because this

26 mandamus action is limited to Plaintiff's request that this Court adjudicate the application for

27 *Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor,
   Alberto Gonzales, as the United States Attorney General, and Rosemary L. Melville is
28 substituted for her predecessor, David Still, as the Director of the San Francisco Field Office..

   ADR CERTIFICATION
   C 07-5694 HRL                              1

naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), Defendants request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Defendants' counsel has attempted to contact Plaintiff regarding this matter, but has not had a response.

Dated: February 5, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant U.S. Attorney
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Date: February 15, 2008

_____
HOWARD R. LLOYD
United States Magistrate Judge