JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAMAL KHARRAT, | ) No. C 07-5694 HRL |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL B. MUKASEY, Attorney General; | ) CASE MANAGEMENT STATEMENT; |
| MICHAEL CHERTOFF, Secretary, Department | ) PROPOSED ORDER |
| of Homeland Security; EMILIO T. GONZALEZ, | ) Date: February 26, 2008 |
| Director, United States Citizenship and | ) Time: 1:30 p.m. |
| Immigration Services; ROSEMARY L. | ) |
| MELVILLE,* Director, San Francisco Field | ) |
| Office, United States | ) |
| Citizenship and Immigration Services, | ) |
| Defendants. | ) |

   Defendants respectfully submit this case management statement, and ask the Court to adopt the proposed schedule without need for a case management conference.

   1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Plaintiff brought this Complaint under 8 U.S.C. § 1447(b). All parties have been served.

   2. Facts: On November 9, 2004, Plaintiff applied for naturalization. On May 24, 2005, Plaintiff was interviewed by the U.S. Citizenship and Immigration Services. Plaintiff's name check is still

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General, and Rosemary L. Melville is substituted for her predecessor, David Still, as the Director of the San Francisco Field Office..

1  pending with the Federal Bureau of Investigation. On November 8, 2007, Plaintiff filed the instant
2  Complaint. Defendants answered the Complaint on February 1, 2008.

3      3. Legal Issues: The principal legal issue the parties dispute is whether the Court should render a
4  decision on Plaintiff's naturalization application in the absence of a completed name check.

5      4. Motions: Defendants will file a motion to remand this matter to USCIS.

6      5. Amendment of Pleadings: None.

7      6. Evidence Preservation: None.

8      7. Disclosures: Defendants believe this Court's review will be confined to the administrative record
9  and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P.
10  26.

11      8. Discovery: There has been no discovery to date and Defendants believe this matter can be
12  resolved without discovery. No experts will be designated.

13      9. Class Actions: Not applicable.

14      10. Related Cases: None.

15      11. Relief: Plaintiff asks the Court to hear his case and render a declaratory judgment that he is
16  entitled to be naturalized, and asks for an award of attorneys' fees. This case does not involve
17  damages.

18      12. Settlement and ADR: Defendants filed a Request to Be Exempt From Formal ADR on
19  February 5, 2008. On February 15, 2008, the Court granted Defendants' request.

20      13. Consent to Magistrate Judge for All Purposes: Defendants have consented to assignment of this
21  case to a United States Magistrate Judge.

22      14. Other References: None.

23      15. Narrowing of Issues: None.

24      16. Expedited Schedule: Defendants believe this matter can be solved through the motion to
25  remand; should the Court deny the motion, Defendants believe the matter will be resolved through a
26  hearing on Plaintiff's application for naturalization.

27      17. Scheduling: Defendants suggest the following dates:

28      Last day for Defendants to file Motion to Remand:    March 18, 2008

| | | |
|---|---|---|
| 1 | Last day for Plaintiff to file Opposition: | April 1, 2008 |
| 2 | Last day for Defendants to Reply: | April 8, 2008 |

Defendants believe the matter is suitable for submission on the briefs; however, should the Court prefer oral argument, Defendants respectfully suggest the following date:

Hearing:                                              April 22, 2008, at 10:00 a.m.

18. Trial: Should the Court deny the motion to remand, Defendants request the Court to schedule a further case management conference to schedule a hearing date on Plaintiff's application for naturalization.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: February 19, 2008                           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant U.S. Attorney
Attorneys for Defendants

## PROPOSED ORDER

The Case Management Conference scheduled for February 26, 2008 is hereby VACATED. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The matter will be taken under submission at the close of the briefing schedule. IT IS SO ORDERED.

Date: _____
HOWARD R. LLOYD
United States Magistrate Judge