JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAMAL KHARRAT, ) <br> ) <br>           Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> MICHAEL B. MUKASEY, Attorney ) <br> General; MICHAEL CHERTOFF, ) <br> Secretary, Department of Homeland ) <br> Security; EMILIO T. GONZALEZ, ) <br> Director, United States Citizenship and ) <br> Immigration Services; ROSEMARY L. ) <br> MELVILLE,* Director, San Francisco Field ) <br> Office, United States Citizenship and ) <br> Immigration Services, ) <br> ) <br>           Defendants. ) <br> _____ ) | No. C 07-5694 HRL <br><br><br> DECLARATION OF MELANIE PROCTOR |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General, and Rosemary L. Melville is substituted for her predecessor, David Still, as the Director of the San Francisco Field Office..

PROCTOR DECLARATION
C 07-5694 HRL

2.  On Thursday, February 14, 2008, Plaintiff and I spoke at length about the requirements of the case management statement, and reached an agreement on the contents of a joint case management statement. I then e-mailed Plaintiff a revised joint case management statement, and requested that he inform me as soon as possible whether he wished to participate in the Alternative Dispute Resolution program, and whether he intended to consent to Magistrate jurisdiction.

3.  To date, Plaintiff has not responded with that information, nor has he returned a signed copy of the draft joint case management statement.

4.  The Case Management Statement submitted by Defendants differs from the draft joint case management statement on one substantive point: Defendants request the Court to take the matter under submission at the close of the briefing schedule.

Signed this 19th day of February, 2008, in San Francisco, California.

/s/
MELANIE PROCTOR

PROCTOR DECLARATION
C 07-5694 HRL                    2