# CERTIFICATE OF SERVICE

**Kamal Kharrat v. Peter D. Keisler; et al.**
**C 07-5694 HRL**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. Case Management Statement; Proposed Order
2. Declaration of Melanie Proctor

to be served this date upon the party(ies) as follows:

✓     **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_     **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

\_\_\_     **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

\_\_\_     **FEDERAL EXPRESS**

\_\_\_     **CERTIFIED MAIL**

\_\_\_     **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

**Kamal Kharrat, Pro Se**
**870 Babbs Creek Drive**
**Gilroy, CA 95020**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2008 at San Francisco, California.

                 /s/
       CAROL E. WEXELBAUM
       Legal Assistant