UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kamal Kharrat

        Plaintiff(s),

v.

Michael B Mukasey, Michael Chertoff, Emilio T. Gonzalez, Rosemary L Melville

        Defendant(s).

No. C 07-5694 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2/19/2008

Signature: K. U____

Counsel for Pro Se
(Plaintiff, Defendant, or indicate "pro se")