UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kamal Kharrat,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Peter D. Keisler, Acting Attorney General, et.al.,<br><br>　　　　Defendants.　　　　　　　　　　／ | No. C07-05694<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for February 26, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: February 21, 2008　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　 */s/ Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

1
2   THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4   Melanie Lea Proctor     Melanie.Proctor@usdoj.gov, tiffani.chiu@usdoj.gov
5
6   Kamal Kharrat
    870 Babbs Creek Druve
    Gilroy, CA 95020
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

2