UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KAMAL KHARRAT,

        Plaintiff,

v.

PETER D. KEISLER, ET AL. et al,

        Defendant.

Case Number: CV07-05694 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamal Kharrat
870 Babbs Creek Druve
Gilroy, CA 95020

Dated: February 25, 2008

        Richard W. Wieking, Clerk
        By: Tiffany Salinas-Harwell, Deputy Clerk