**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL KHARRAT, | No. C 07-05694 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| PETER D. KEISLER, ET AL., | |
| Defendant(s). | |

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to case reassignment the Case Management Conference before Judge Howard R. Lloyd on February 26, 2008 has been VACATED. A new case Management Conference has been set before Judge James Ware on **March 24, 2008 at 10:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management statement by **March 14, 2008.**

Dated: February 23, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy