BERNADETTE W. CONNOLLY SBN 194633
Attorney at Law
1671 The Alameda, Suite 200
San Jose, California 95126
Tel: (408) 287-0383
Fax: (408) 297-4269

Attorney for Plaintiff
KAMAL KHARRAT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KAMAL KHARRAT, | Case No.: 07-5694-HRL |
|---|---|
| Plaintiff, | |
| | NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY |
| MICHAEL MUKASEY, Attorney General, MICHAEL CHERTOFF, Secretary Department of Homeland Security, EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, ROSEMARY MELVILLE, Director San Francisco Field Office, United States Citizenship and Immigration Services | USCIS No.: A47 157 233 |
| Defendants. | |

    Undersigned counsel hereby enters her appearance as attorney of record for Mr. Kamal Kharrat in the above-referenced case.

/s/
_____
BERNADETTE W. CONNOLLY
Attorneys for Plaintiff

Notice of Entry of Appearance as Attorney  −1−