JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAMAL KHARRAT, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL B. MUKASEY,* Attorney General; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; ROSEMARY L. MELVILLE,* Director, San Francisco Field Office, United States Citizenship and Immigration Services, <br><br> Defendants. | No. C 07-5694 JW <br><br> JOINT CASE MANAGEMENT STATEMENT; PROPOSED ORDER <br><br> Date: March 24, 2008 <br> Time: 10:00 a.m. |

   The parties respectfully submit this joint case management statement. The parties respectfully ask the Court to adopt this statement without need for a case management conference.

   1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Plaintiffs brought this Complaint under 8 U.S.C. § 1447(b). All parties have been served.

   2. Facts: On November 9, 2004, Plaintiff applied for naturalization. On May 24, 2005, Plaintiff was interviewed by the U.S. Citizenship and Immigration Services. Plaintiff's name check is still

   ∗Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General, and Rosemary L. Melville is substituted for her predecessor, David Still, as the Director of the San Francisco Field Office..

JOINT CASE MANAGEMENT STATEMENT
C 07-5694 JW          1

pending with the Federal Bureau of Investigation. On November 8, 2007, Plaintiff filed the instant Complaint. Defendants answered the Complaint on February 1, 2008.

    3. Legal Issues: The principal legal issue the parties dispute is whether the Court should order Defendants to adjudicate Plaintiff's application for naturalization within a set time frame.

    4. Motions: Defendants will file a motion to remand this matter to USCIS.

    5. Amendment of Pleadings: None.

    6. Evidence Preservation: None.

    7. Disclosures: At this time, the parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

    8. Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery. No experts will be designated.

    9. Class Actions: Not applicable.

    10. Related Cases: None.

    11. Relief: Plaintiff asks the Court to hear his case, order the FBI to complete the name check, and order USCIS to adjudicate the application within 90 days. This case does not involve damages.

    12. Settlement and ADR: Defendants filed a Request to Be Exempt From Formal ADR on February 5, 2008.

    13. Consent to Magistrate Judge for All Purposes: Plaintiff declined assignment of this case to a United States Magistrate Judge.

    14. Other References: None.

    15. Narrowing of Issues: None.

    16. Expedited Schedule: The parties believe this matter can be solved through motions.

    17. Scheduling: The parties suggest the following dates:

Last day for Defendants to file Motion to Remand:    April 14, 2008

Last day for Plaintiff to file Opposition:    April 28, 2008

Last day for Defendants to Reply:    May 5, 2008

The parties believe this matter is suitable for submission on the briefs; however, should the Court

JOINT CASE MANAGEMENT STATEMENT  
C 07-5694 JW    2

desire oral argument, the parties suggest the following date:

Hearing:                                                                          June 2, 2008, at 9:00 a.m.

18. Trial: Should the Court deny the motion to remand, the parties request the court to schedule a further case management conference to schedule a hearing date on Plaintiff's application for naturalization.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: March 14, 2008                                        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant U.S. Attorney
Attorneys for Defendants

Dated: March 13, 2008

_____/s/_____
BERNADETTE WILLEKE CONNOLLY
Attorney for Plaintiff

**ORDER**

The Case Management Conference scheduled for March 24, 2008 is hereby VACATED. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The matter will be taken under submission at the close of the briefing schedule. IT IS SO ORDERED.

Date: _____
JAMES WARE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
C 07-5694 JW                                              3