1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAMAL KHARRAT, ) | No. C 07-5694 JW |
| Plaintiff, ) | |
| v. ) | JOINT CASE MANAGEMENT STATEMENT; PROPOSED ORDER |
| MICHAEL B. MUKASEY,* Attorney General; ) MICHAEL CHERTOFF, Secretary, Department ) of Homeland Security; EMILIO T. GONZALEZ, ) Director, United States Citizenship and ) Immigration Services; ROSEMARY L. ) MELVILLE,* Director, San Francisco Field ) Office, United States ) Citizenship and Immigration Services, ) | Date: March 24, 2008 Time: 10:00 a.m. |
| Defendants. ) | |

The parties respectfully submit this joint case management statement. The parties respectfully ask the Court to adopt this statement without need for a case management conference.

1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue. Plaintiffs brought this Complaint under 8 U.S.C. § 1447(b). All parties have been served.

2. Facts: On November 9, 2004, Plaintiff applied for naturalization. On May 24, 2005, Plaintiff was interviewed by the U.S. Citizenship and Immigration Services. Plaintiff's name check is still

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General, and Rosemary L. Melville is substituted for her predecessor, David Still, as the Director of the San Francisco Field Office..

JOINT CASE MANAGEMENT STATEMENT
C 07-5694 JW                                              1

1  pending with the Federal Bureau of Investigation. On November 8, 2007, Plaintiff filed the instant
2  Complaint. Defendants answered the Complaint on February 1, 2008.
3      3. Legal Issues: The principal legal issue the parties dispute is whether the Court should order
4  Defendants to adjudicate Plaintiff's application for naturalization within a set time frame.
5      4. Motions: Defendants will file a motion to remand this matter to USCIS.
6      5. Amendment of Pleadings: None.
7      6. Evidence Preservation: None.
8      7. Disclosures: At this time, the parties agree that this Court's review will be confined to the
9  administrative record and therefore this proceeding is exempt from the initial disclosure requirements
10 under Fed. R. Civ. P. 26.
11     8. Discovery: There has been no discovery to date and the parties believe this matter can be
12 resolved without discovery. No experts will be designated.
13     9. Class Actions: Not applicable.
14     10. Related Cases: None.
15     11. Relief: Plaintiff asks the Court to hear his case, order the FBI to complete the name check, and
16 order USCIS to adjudicate the application within 90 days. This case does not involve damages.
17     12. Settlement and ADR: Defendants filed a Request to Be Exempt From Formal ADR on
18 February 5, 2008.
19     13. Consent to Magistrate Judge for All Purposes: Plaintiff declined assignment of this case to a
20 United States Magistrate Judge.
21     14. Other References: None.
22     15. Narrowing of Issues: None.
23     16. Expedited Schedule: The parties believe this matter can be solved through motions.
24     17. Scheduling: The parties suggest the following dates:
25     Last day for Defendants to file Motion to Remand:    April 14, 2008
26     Last day for Plaintiff to file Opposition:    April 28, 2008
27     Last day for Defendants to Reply:    May 5, 2008
28 The parties believe this matter is suitable for submission on the briefs; however, should the Court

JOINT CASE MANAGEMENT STATEMENT
C 07-5694 JW    2

desire oral argument, the parties suggest the following date:

   Hearing:                                                               June 2, 2008, at 9:00 a.m.

18. Trial: Should the Court deny the motion to remand, the parties request the court to schedule a further case management conference to schedule a hearing date on Plaintiff's application for naturalization.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: March 14, 2008                                          Respectfully submitted,

                                                                 JOSEPH P. RUSSONIELLO
                                                                  United States Attorney

                                                                    /s/
                                                                MELANIE L. PROCTOR[1]
                                                                Assistant U.S. Attorney
                                                                Attorneys for Defendants

Dated: March 13, 2008

                                                                  /s/
                                                                BERNADETTE WILLEKE CONNOLLY
                                                                Attorney for Plaintiff

### ORDER

The Case Management Conference scheduled for March 24, 2008 is hereby VACATED. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

The hearing on Defendants' Motion for Remand is set for **June 2, 2008 at 9 a.m.** unless the Court decides at a later time to take it under submission without oral arguments. The Court will inform the parties of this decision once briefing is completed.

Date: March 20, 2008                                                 _____
                                                                JAMES WARE
                                                               United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
C 07-5694 JW                          3