1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6730
     FAX: (415) 436-7169

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAMAL KHARRAT, ) | No. C 07-5694 JW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL B. MUKASEY,* Attorney General; ) | STIPULATION TO DISMISS; PROPOSED |
| MICHAEL CHERTOFF, Secretary, Department ) | ORDER |
| of Homeland Security; EMILIO T. GONZALEZ, ) | |
| Director, United States Citizenship and ) | |
| Immigration Services; ROSEMARY L. ) | |
| MELVILLE,* Director, San Francisco Field ) | |
| Office, United States ) | |
| Citizenship and Immigration Services, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

_____

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General, and Rosemary L. Melville is substituted for her predecessor, David Still, as the Director of the San Francisco Field Office..

STIPULATION
C 07-5694 JW                                       1

Each of the parties shall bear their own costs and fees.

Dated: March 25, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant U.S. Attorney
Attorneys for Defendants

Dated: March 25, 2008

_____/s/_____
BERNADETTE WILLEKE CONNOLLY
Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines are hereby TERMINATED, and the hearing scheduled for June 2, 2008 is hereby VACATED. The Clerk shall close the file.

Date: _____

JAMES WARE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-5694 JW                                2